**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| QPSX DEVELOPMENTS 5 PTY LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:05-CV-268 (TJW) |
| | § | |
| JUNIPER NETWORKS, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

In light of the numerous issued raised by the parties in their post-trial motions, the court

orders plaintiff QSPX Developments 5 PTY LTD and defendant Nortel Networks, Inc. to mediation.

This meditation must be completed within 30 days of this order and is to be conducted by Robert W.

Faulkner, who was previously appointed as mediator in this case (Docket Entry No. 77).

It is so ORDERED.

SIGNED this 30th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE