# QIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| QPSX DEVELOPMENTS 5 PTY LTD | § § | |
| vs. | § § | CASE NO. 2:05-CV-268 |
| JUNIPER NETWORKS, INC., ET AL. | § § § | |

## **ORDER**

The remaining parties have announced settlement in this case. In light of their settlement, the court denies all pending motions as moot. The court also extends the plaintiff's deadline for election of the remitted damages award over a new trial on damages to April 7, 2008.

SIGNED this 25th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE