IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QPSX DEVELOPMENTS 5 PTY LTD, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:05CV-268 (TJW) |
| v. | § § | |
| JUNIPER NETWORKS, INC., et al. | § § § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, QPSX Developments 5 Pty, Ltd. ("QPSX"), and Defendant Nortel Networks, Inc. ("Nortel") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by QPSX against Nortel and all claims by Nortel against QPSX made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

A proposed Order accompanies this motion.

AGREED:

| | |
|---|---|
| _/s/ Robert S. Harrell_ | _/s/ Jerry L. Beane_ |

Robert M. Chiaviello, Jr.
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

ATTORNEYS FOR PLAINTIFF
QPSX DEVELOPMENTS 5 PTY, LTD.
OF COUNSEL

ATTORNEYS FOR DEFENDANT
NORTEL SYSTEMS, INC.

Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com
Robert M. Chiaviello, Jr.
Texas Bar No. 04190720
Email: bobc@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Otis W. Carroll
Texas Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway
P.O. Box 7879
Tyler, Texas 75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: otiscarroll@icklaw.com

Robert S. Bramson
BRAMSON & PRESSMAN
1100 E. Hector Street
Suite 410
Conshohocken, PA 19428
Telephone: (610) 260-4444
Facsimile: (610) 260-4445
rbramson@b-p.com

Franklin Jones, Jr.
Texas Bar No. 00000055
201 West Houston Street
P.O. Box 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-33604395
Email: maizieh@millerfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that this Motion was served April 7, 2008, via the Court's CM/ECF system in accordance with Local Rule CV-5(a)(3).

              */s/ Robert S. Harrell*
              Robert S. Harrell